# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial) Sack, Robert D | 2. Court or Organization U.S. Court of Appeals, 2d Cir. | 3. Date of Report 5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Active) | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 40 Foley Square New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | William F. Kerby and Robert S. Potter Fund |
| 2. | Member, Advisory Board | Media Law Reporter (BNA) |
| 3. | Lecturer in Law | Columbia Law School |
| 4. | Member, Columbia Board of Visitors | Columbia Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/03/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. | 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement between Gibson, Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month, no increase, decrease or cap |
| 3. | 3/30/98 | Practising Law Institute, P. Cameron DeVore & Robert D. Sack, publication of treatise on advertising and commercial speech; royalty 8.5% of net receipts |

RECEIVED 2004 JUN -1 A 11:23 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sack, Robert D | 5/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Practising Law Institute Book Royalties | 13,858.87 |
| 2. | 2003 | Gibson, Dunn & Crutcher LLP Retirement Plan | 72,000.00 |
| 3. | 2003 | Lecturer in Law, Columbia Law School | 7,500.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | KMZ Rosenman Disability Award |
| 2. | 2003 | Dewey Ballentine Partnership Distribution |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | 2/13-15/2003, ABA Forum on Communications Law, Camelback Inn, Scottsdale, AZ (Transportation, Meals, Room) |
| 2. | Federal Judges Association | 5/3/2003, FJA Board Meeting, Washington, DC (Transportation, Meal) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Aadvantage | Credit Card | J |
| 2. | Citibank Aadvantage | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan US Govt Money Market Morgan Shares | B | Dividend | N | T | | | | | |
| 3. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 4. Dewey Ballantine Partnership Capital Account | | None | L | T | | | | | |
| 5. GD&C 401(k): Dreyfus Treasury Cash Management-CL A | D | Interest | O | T | Distrib. | 12/11 | M | | |
| 6. Oppenheimer Municipal Liquidity Fund (X) | A | Dividend | J | T | | | | | |
| 7. Boeing Co. Common Stock (X) | A | Dividend | J | T | | | | | |
| 8. Blackrock New York Insured Municipal Income Trust III (X) | B | Dividend | K | T | | | | | |
| 9. Van Kampen Trust for Invt Grade NY Municipals (X) | A | Dividend | -J | T | | | | | |
| 10. Oppenheimer AMT Free NY Municipals Fund-CL A (X) | B | Dividend | L | T | | | | | |
| 11. Dewey Ballantine 401(k): Janus Overseas Fund | A | Dividend | L | T | | | | | |
| 12. Dewey Ballantine 401(k): Fidelity Growth Company Fund | A | Dividend | K | T | | | | | |
| 13. JPMorgan Chase Traditional IRA | A | Interest | J | T | | | | | |
| 14. Northwestern Mutual Life Insurance Policy | B | Dividend | K | T | | | | | |
| 15. Guardian Life Insurance Policy | A | Dividend | K | T | | | | | |
| 16. Massachusetts Mutual Life Insurance | A | Div/int | J | T | | | | | |
| 17. Morgan Stanley Active Assets Money Trust | A | Dividend | J | T | | | | | |
| 18. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | OID | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MS NYS DA SECD Hosp Interfaith Med Bond 5.25 due 2/15/14 | C | Interest | L | T | | | | | |
| 20. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | OID | K | T | | | | | |
| 21. Morgan Stanley Global Dividend Growth Sec B | A | Dividend | J | T | | | | | |
| 22. Morgan Stanley Special Growth Fund B | A | Dividend | J | T | | | | | |
| 23. Morgan Stanley Special Value Fund B | A | Dividend | J | T | | | | | |
| 24. Morgan Stanley Global Advantage Fund B | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley American Opportunities B | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley Franklin NY Tax Free Inc B | B | Dividend | K | T | | | | | |
| 27. Morgan Stanley Oppen. AMT Free NY Municipal Fd B (X) | B | Dividend | K | T | | | | | |
| 28. Trust | C | Div/Int | N | T | | | | | |
| 29. - JP Morgan Chase Accounts | | | | | | | | | |
| 30. - MS Intl Bk For Recon & Dev Zero Coupon Due 2/15/14 | | | | | | | | | |
| 31. - Morgan Stanley MTA NY Transit Zero Coupon Bond due 7/1/13 | | | | | | | | | |
| 32. - Morgan Stanley MTA, NY Transit Zero Coupon Bond due 7/1/12 | | | | | | | | | |
| 33. - Morgan Stanley Global Dividend Growth Sec B | | | | | | | | | |
| 34. - Morgan Stanley Special Growth Fund B | | | | | | | | | |
| 35. - Morgan Stanley Special Value Fund B | | | | | | | | | |
| 36. - Morgan Stanley Global Advantage Fund B | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Morgan Stanley American Opportunities Fund B | | | | | | | | | |
| 38. - Morgan Stanley Franklin NY Tax Free Inc B | | | | | | | | | |
| 39. - Morgan Stanley Oppen. AMT Free NY Municipal Fund B (X) | | | | | | | | | |
| 40. - Morgan Stanley Long Island Power | | | | | | | | | |
| 41. - Neuberger Berman Limited Maturity Bond Fund | | | | | | | | | |
| 42. - Neuberger Berman Partners Fund | | | | | | | | | |
| 43. - Neuberger Berman Municipal Security Trust | | | | | | | | | |
| 44. State Street Bank Manhattan Fund | | None | J | T | | | | | |
| 45. Neuberger Berman IRA | D | Dividend | N | T | | | | | |
| 46. - Artisan Mid-Cap | | | | | buy | 1/07 | J | | |
| 47. | | | | | buy | 3/28 | K | | |
| 48. | | | | | part sell | 9/25 | J | | |
| 49. | | | | | part sell | 12/26 | K | | |
| 50. - Ariel Appreciation | | | | | buy | 1/07 | J | | |
| 51. | | | | | part sell | 3/28 | K | | |
| 52. | | | | | part sell | 6/27 | J | | |
| 53. - Federated Stock Trust | | | | | buy | 1/07 | J | | |
| 54. | | | | | buy | 3/28 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | part sell | 6/27 | J | | |
| 56. | | | | | buy | 9/25 | J | | |
| 57. | | | | | part sell | 12/26 | K | | |
| 58. - Hotchis Wiley Small Cap | | | | | buy | 1/07 | J | | |
| 59. | | | | | part sell | 6/27 | J | | |
| 60. | | | | | part sell | 9/25 | J | | |
| 61. | | | | | part sell | 12/26 | J | | |
| 62. - Scudder Micro Cap | | | | | buy | 1/07 | J | | |
| 63. | | | | | buy | 3/28 | J | | |
| 64. | | | | | part sell | 6/27 | J | | |
| 65. | | | | | part sell | 9/25 | J | | |
| 66. - Cash Reserves Inv | | | | | buy | 1/07 | J | | |
| 67. | | | | | buy | 6/27 | J | | |
| 68. | | | | | buy | 9/25 | J | | |
| 69. | | | | | buy | 12/26 | J | | |
| 70. - NB Reit Fnd | | | | | buy | 1/07 | J | | |
| 71. | | | | | part sell | 3/28 | J | | |
| 72. | | | | | part sell | 12/26 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sack, Robert D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Neuberger High Income | | | | | buy | 1/07 | J | | |
| 74. | | | | | part sell | 3/28 | J | | |
| 75. | | | | | buy | 6/27 | J | | |
| 76. - SSGA Int'l Growth Opp | | | | | buy | 1/07 | J | | |
| 77. | | | | | part sell | 3/28 | K | | |
| 78. | | | | | part sell | 6/27 | J | | |
| 79. | | | | | part sell | 9/25 | J | | |
| 80. | | | | | sell | 9/25 | K | | |
| 81. - Federated Total Return Bond A | | | | | buy | 1/07 | K | | |
| 82. | | | | | part sell | 3/28 | J | | |
| 83. | | | | | buy | 6/27 | J | | |
| 84. | | | | | buy | 9/25 | | | |
| 85. | | | | | buy | 9/25 | J | | |
| 86. | | | | | sell | 12/26 | L | | |
| 87. - Turn Dis Large Cap Growth | | | | | buy | 1/07 | J | | |
| 88. | | | | | buy | 3/28 | J | | |
| 89. | | | | | buy | 6/27 | J | | |
| 90. | | | | | part sell | 9/25 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,001-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
                                 P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | buy | 12/26 | J | | |
| 92.  - Wlm Blr Intl Gro N (X) | | | | | buy | 9/25 | K | | |
| 93. | | | | | buy | 12/26 | J | | |
| 94.  - Ameristock (X) | | | | | buy | 12/26 | L | | |
| 95.  - PIMCO Total Ret Admi (X) | | | | | buy | 12/26 | L | | |
| 96.  Neuberger Berman IRA (2) (X) | A | Dividend | J | T | | | | | |

---

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)       F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)       N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   (See Column C2)       U = Book Value       V = Other       W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In Part III, B, item 1 had been called Rosenman & Colin LLP Partnership Distribution. That item is now called KMZ Rosenman Disability Award.

In Part VII of the 2002 report, item 6, CIBC Money Market World Markets Municipal Reserve Fund, is now called Oppenheimer Municipal Liquidity Fund and is item 6 on this report.

In Part VII of the 2002 report, items 7-9 were listed under CIBC. CIBC has been removed from the titles of those accounts on this 2003 report.

In Part VII of the 2002 report, item 10 was called "CIBC Oppenheimer NY Municipal Fund-CL A." That fund is called "Oppenheimer AMT Free NY Municipals Fund CL A" and is item 10 on this report.

In Part VII of the 2002 report, items 28 and 43 were called "Morgan Stanley Oppenheimer NY Municipal Fund B." Those items are items 27 and 39 on this 2003 report and are called "Morgan Stanley Oppenheimer AMT Free NY Municipal Fund B."

In Part VII of the 2002 report, item 18, Morgan Stanley Dean Witter & Co Common Stock, was sold in 2002. Column C should have been left blank. That item is not listed on this report.

In Part VII, Neuberger Berman IRA - American Century GNMA, had no value or reportable transactions in 2003. That fund is not reported on this report.

In Part VII of the 2002 report, item 32, JP Morgan Chase Roth IRAs, were reported in error. Those Roth IRAs are not owned by the Trust. They have been deleted from this report.

Item 96 on this 2003 report, Neuberger Berman IRA (2), was inadvertently omitted from prior reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Sack, Robert B | Date of Report<br><br>5/14/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date  5.14.04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544